FILED
APR 26 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

5:19-CV-169-FL

Clerk's office
Eastern United States District court

To whom it may concern:

My name is Sharon D Logan Inmate #0247068 I am currently serving State time at Women's Prison at 1034 Bragg St Raleigh, NC 27610.

I have written to Prison Legal Services in Raleigh NC concerning my Incident.

However The Prison Legal service wrote back stating that their Funds were taken in 2014 and that they would not be able to help assist me with Filing a claim of my incident that is still causing me much problems and pain.

I was in Dillard's Dept Store in Winston Salem, NC Shopping and Shoplifting with a friend when the Lost Prevention man I think his name was Paul Approached me from behind and grabbed my arm, he then told my friend that he had better get out of there if he didn't want to go to jail.

He Paul a very large man then beat me down to the floor in Dillard's while I was begging for my life. He Paul Broke four of my Ribs and cracked my knee.

Clerk's office
Eastern United States District court

I was taken from Dillard's Dept Store by EMS to the Emergency Room in Winston Salem, NC.

After sitting in the Emergency Room for nearly six hours waiting to be seen but still had not been seen.

I met some Lady and her baby that was going to Wilkesboro NC, So she helped me to her Vehicle and drove me to my house in Lenoir NC Caldwell County. Where my son proceeded to help me out of the car into the house.

I could <u>not move</u> without help from my son for three days, and on that <u>third day</u> I reported to the Emergency Room in Lenoir NC 28645 Caldwell County.

Because I was still in excruciating pain from the beating that occured at Dillard's.

I was admitted in the Emergency Room Dept in Lenoir NC and given X-Ray's that showed I had four broken Ribs, And cracked Knees

Clerk's office
Eastern United States District Court

I was then give Pain Medications and Instructions to go to a Orthopedic Speciatist for further treatments.

Today I'm still in pain in those area's from the beating.

Would you please allow someone to assist me with my Claim.

I'm thanking you in advance for all your help. Address is as Following.

Respectfully Yours
Sharon D Logan

Sharon D Logan 0247068
1034 Bragg St
Raleigh, NC 27610